FILED

JUN 2 9 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

1:22CV00629 LY

| | |
|---|---|
| **Purnell Williams,**<br>**Angela Askey**<br><br>   **Plaintiffs**<br><br>   vs.<br><br>**NAVY FEDERAL CREDIT UNION,**<br>**NAVY FEDERAL FINANCIAL GROUP,**<br>**LLC; NAVY FEDERAL INVESTMENT**<br>**SERVICES, LLC**<br><br>   **Defendants** | **Civil Action No.**<br><br>**COMPLAINT FOR VIOLATION OF:**<br><br>**18 U.S.C. § 2721. DRIVER'S PRIVACY**<br>**PROTECTION ACT OF 1994**<br><br>**4th AMENDMENT – ILLEGAL SEARCH**<br>**AND SEIZURE**<br><br>**14th AMENDMENT - DUE PROCESS OF**<br>**LAW**<br><br>**PUNITIVE DAMAGES**<br><br>**AFFIDAVIT OF LIVING STATUS**<br><br>**DEMAND FOR TRIAL BY JURY** |

## COMPLAINT

Purnell Williams and Angela Askey files this case under violations of the **4th and 14th**

**Amendments** and the **Driver's Privacy Protection Act of 1994**.  The plaintiff's accounts were

frozen by the defendant(s) and the plaintiff's State Vehicle records information was disclosed

and/or confirmed to an unauthorized third party for identification purposes in order to freeze the

property of the above plaintiffs.  The defendant(s) were never supplied with any constitutionally

compliant court ordered legal document from the third party and did not inform the plaintiffs of

any unauthorized activity on their account yet took immediate action in the freezing of the

plaintiff's bank account without such proof.  This is in direct violation of the **4th and 14th**

**Amendment** of the **United States Constitution**.  This is also a violation of the **DPPA of 1994**

because the plaintiffs supplied the defendant(s) with both State Driver's and Identification

licenses for identification purposes in order to obtain said accounts.  This action by the

defendant(s) has caused extreme financial damage, emotional pain and suffering to the plaintiffs. The defendant(s) continue to cause serious harm to the **Life, Liberty and Pursuit of Happiness** to the plaintiffs, particularly **Purnell Williams** whose account is still frozen as of this filing.

## PARTIES

1. Plaintiff, **Purnell Williams**, is an individual resident of Pflugerville, Texas.  Hereinafter known as **Williams**.

2. Plaintiff, **Angela Askey** is an individual resident of Pflugerville, Texas.   Hereinafter known as **Askey.**

3. Defendant, **NAVY FEDERAL CREDIT UNION; NAVY FEDERAL FINANCIAL GROUP, LLC AND NAVY FEDERAL INVESTMENT SERVICES, LLC** is a non-profit financial institution, hereinafter known as **NAVY** and may be served with process at:  115 Louis Henna Blvd.  Round Rock, TX.  78664

Or wherever it may be found.

## JURY DEMAND

4. Plaintiff hereby demands trial by jury and will tender the jury fee when ordered to do so by the court.

## JURISDICTION and VENUE

5. This court has jurisdiction in this case in accordance with **28 U.S.C. §1331.**

6.  Venue is proper because all events giving rise to plaintiffs' causes of action occurred within this district as provided in **28 U.S.C. § 1391(b)(2).**

## CAUSES OF ACTION

7. **Violation of the 4th Amendment – Illegal Search & Seizure**

8. **Violation of the 14th Amendment – Due Process of Law**

9. **Violation of 18 U.S.C. § 2721 – Driver's Privacy Protection Act of 1994**

## GENERAL FACTUAL ALLEGATIONS

10. Plaintiff **Williams** has been a member of **NAVY** for over fifteen (15) years. On or around **September 2021 Williams** referred **Askey** to **NAVY** for financial membership since they were both engaged, and he wanted **Askey** to receive the same benefits he was receiving being a disabled veteran of the **United States Marine Corps** and member of a military community exclusive financial institution. **Askey** obtained a checking and savings account without issue and began utilizing the services provided by **NAVY**. **Williams** was listed as a co-signor on the account since it was obtained through his membership however **Askey** was the primary account holder. On or around April 24, 2022, **Williams** received notice via mail from **Louisiana Department of Social Services** employee **Cynthia Allen** that his account was frozen for child support arrears. **Williams** then checked his account and saw that his savings account was frozen along with the checking and savings account of **Askey**. Immediately **Williams** began to investigate the matter and concluded that the **State of Louisiana Attorney General and Department of Social Services** did not have a legal child support case or any court order for **Williams** to pay any arrears to anyone. Legal action has been taken against these entities along with the State employees who enacted the arrears and contacted **NAVY** to freeze the accounts under **Civil Action Number 22-1129 D (2)** in the **Eastern District of Louisiana**. On or around the end of **June 2022, Askeys'** accounts were mysteriously unfrozen by **NAVY** however financial damage had already been done rendering **Askey** the inability to pay her immediate

direct deposit obligations along with other daily and monthly monetary necessities. **Askey** also contributed to the savings account of **Williams** which was also frozen by **NAVY**. **Williams** receives a monthly VA Disability Pension which cannot be garnished yet the freezing of his savings account rendered **Williams** and **Askey** financially helpless in utilizing the financial savings accumulated by both parties who worked collectively to pool their individual revenues. Both plaintiffs had to cancel future plans that would have enhanced their life, liberty and pursuit of happiness which is afforded to them within the **U.S. Constitution**. Furthermore, the defendant(s) are also in violation of their own **Consumer Privacy Policy**, whereas the only way they are authorized to release any personal information is withing the scope of a court order or legal investigation. The defendant(s) were **NOT** supplied with any such legal documentation but rather given a **Louisiana Department of Social Services** internal case number which is **NOT** recognized as a legitimate legal investigation or linked to any specific court order.

## DEMAND

11. Plaintiffs' **DEMANDS** the defendant(s) to release any/all accounts of **Williams.**

12. Plaintiffs' **DEMANDS** the defendant(s) produce a constitutionally compliant document showing proper legal standing to freeze plaintiffs' property.

13. Plaintiffs' **DEMAND** that the court impose **Punitive** damages of **$3,000,000.00 USD** against the defendant(s). **$1,000,000.00 USD** per violation of the plaintiffs' Constitutional and Federal rights.

## CONCLUSION AND PRAYER

**Williams and Askey** pray that the court require that the defendant(s) appear and answer herein; that upon final trial or other disposition of this case, **Williams and Askey** recover of

and from the defendant(s) relief prayed for herein, including punitive damages. **Williams and Askey** also pray for such other and further relief as is just.

**I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE.**

Respectfully submitted,

_____
Purnell Williams
14000 The Lakes Blvd. #1237
Pflugerville, TX. 78660

6-27-22
_____
Date

_____
Angela Askey
14000 The Lakes Blvd. #1237
Pflugerville, TX. 78660

6-27-22
_____
Date

## AFFIDAVIT OF LIVING PERSON OF PURNELL WILLIAMS

Comes now, Purnell Williams, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these United States of America, being a creation of God and born in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these United States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4. Your Affiant at all times claims all and waives none of his God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the United States of America as ratified 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Constitution of the United States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the Supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.
Further, Affiant sayeth naught.

**I ATTEST UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLWDGE.**

Signature _____    6-27-22

Purnell E. Williams-ALL RIGHTS RESERVED                Date

# AFFIDAVIT OF LIVING PERSON OF ANGELA ASKEY

Comes now, Angela Askey, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

1. That your Affiant is one of the People of these United States of America, being a creation of God and born in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these United States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4. Your Affiant at all times claims all and waives none of her God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the United States of America as ratified 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Constitution of the United States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the Supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.
Further, Affiant sayeth naught.


**I ATTEST UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLWDGE.**

Signature _____     _6/27/2022_

Angela N. Askey-**ALL RIGHTS RESERVED**          Date